UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| BRUCE LAROY SLEDGE, § | |
| § | |
| Plaintiff, § | |
| VS. § | MISC. ACTION NO. 7:18-MC-1522 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Petitioner Bruce Sledge's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, which had been referred to the Magistrate Court for a report and recommendation. On September 21, 2018, the Magistrate Court issued the Amended Report and Recommendation, recommending that Petitioner's § 2254 petition be dismissed without prejudice and a certificate of appealability be denied. The time for filing objections has passed and no objections have been filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Amended Report and Recommendation for clear error.[1] Finding no clear error, the Court adopts the Amended Report and Recommendation in its entirety. Accordingly, it is hereby **ORDERED** that Petitioner's § 2254 petition is **DISMISSED** without prejudice, and a Certificate of Appealability is **DENIED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 29th day of October, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] As noted by the Fifth Circuit, "[t]he advisory committee's note to Rule 72(b) states that, '[w]hen no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Douglas v. United States Service Auto. Ass'n*, 79 F.3d 145, 1420 (5th Cir. 1996) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)) *superceded by statute on other grounds by* 28 U.S.C. § 636(b)(1), *as stated in ACS Recovery Servs., Inc. v. Griffin*, No. 11-40446, 2012 WL 1071216, at *7 n. 5 (5th Cir. April 2, 2012).